UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80106-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**ZACHARY BARTON**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 30]. On May 19, 2022, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 26] during which Defendant pled guilty to Count One of the Indictment [ECF No. 1]. There is no written plea agreement in this case, but the parties did file a stipulated factual basis in support of the plea [ECF No. 27]. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count One of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the Indictment [ECF No. 30]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 30] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Zachary Barton as to Count One of the

CASE NO. 21-80106-CR-CANNON

> Indictment is **ACCEPTED**.
>
> 3. Defendant Zachary Barton is adjudicated guilty of Count One of the Indictment, which charges him with theft of government property, in violation of 18 U.S.C. § 641 [ECF No. 1]. In exchange for the Defendant's guilty plea, the United States Attorney's Office agrees to dismiss Count Two against the defendant after sentencing [ECF No. 30 ¶ 6].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 8th day of June 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record